UNITED STATES DISTRICT COURT              EASTERN DISTRICT OF TEXAS

DYLAN FORD,                          §
                                     §
                                     §
*versus*                             §      CASE NO.  1:26-CV-00166-MAC-ZJH
                                     §
                                     §
RODNEYSE     BICHOTTE-HERMELYN,      §
BRIAN GOTLIEB, JOY CAMPANELLI,       §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 1, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  On May 9, 2026, Judge Hawthorn ordered *pro se* Plaintiff Dylan Ford ("Ford") to file an amended complaint that complies with the Federal Rules of Civil Procedure and the Eastern District of Texas Local Rules.  (#4).  After Ford failed to comply with the *Order* (#4), Judge Hawthorn issued a *Report and Recommendation* (#6), which recommended dismissing Ford's case for want of prosecution.

The court reviewed Judge Hawthorn's *Report and Recommendation* (#6) along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation* (#6), and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* (#6) dismissing this case without prejudice for want of prosecution is **ADOPTED**.  The court will separately enter Final Judgment.

SIGNED at Beaumont, Texas, this 3rd day of June, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE